Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave. Suite 132
Berkeley, CA 94704
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
HELEN MARY JIMENEZ

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
MARCELO N. ILLARMO
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8944
Marcelo N. Illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN MARY JIMENEZ, | No. 1:17-CV-1552 (SKO) |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING BRIEFING SCHEDULE AND ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER 14-DAY EXTENSION TO FILE OPENING BRIEF** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. 14) |

Pursuant to the Scheduling Order in the above-referenced matter (Doc. 5, p. 4:18-20), IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff shall have a second extension, in the amount of fourteen (14) days, to serve and file her Opening Brief. Plaintiff's counsel makes this request due to a relocation of both her business office and personal residence. Plaintiff's Opening Brief shall be filed on or before **August 31, 2018**. All corresponding briefing deadlines are modified accordingly.

Respectfully submitted,

Dated: August 13, 2018    NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
HELEN MARY JIMENEZ

Dated: August 14, 2018    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: Marcelo N. Illarmo*
MARCELO N. ILLARMO
(*Authorized by email dated 08/14/2018*)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' above Stipulation (Doc. 14) and a finding of good cause, IT IS ORDERED that Plaintiff shall be granted a further extension of fourteen (14) days, to serve and file her Opening Brief on or before August 31, 2018. All corresponding briefing deadlines set

forth in the Scheduling Order (Doc. 5) are hereby modified accordingly.

IT IS SO ORDERED.

Dated: __**August 15, 2018**__        ___/s/ *Sheila K. Oberto*___
                    UNITED STATES MAGISTRATE JUDGE